**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42 STREET – SUITE 620
NEW YORK, NEW YORK 10168

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2020

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX (212) 202-7800
E-MAIL: rpalma@verizon.net

January 15, 2020

**ECF FILED**

Honorable Richard M. Berman
United States District Judge
United Stated District Court of the S.D.N.Y.
500 Pearl Street
New York, NY 10003

**MEMO ENDORSED**

Re:   **United States v. Brenda Cabrera, Dkt. No. 13 Cr. 687 (RMB)**
      **Defense Request to Adjourn January 16th Status Conference for 60 Days.**

Dear Judge Berman:

As Your Honor knows, Ms. Brenda Cabrera cannot attend the January 16th status conference because of a personal matter. I was informed yesterday by U.S. Probation of Ms. Cabrera's circumstances. The U.S.P.O. and I agree that the conference should be adjourned for 60 days.

If there are any questions about this letter, I am available immediately by cell-phone, 917 751 5754.

Thank you.

Respectfully submitted,

s/ Richard Palma rp 4441

Copy: A.U.S.A. Andrea Griswold (via email)

Richard Palma

*Conference is adjourned to 3-18-2020 at 12:30 p.m.*

SO ORDERED:
1/15/2020

Richard M. Berman, U.S.D.J.